UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL TRIAL MINUTE ORDER**

**Date:** May 3, 2011

**Case No.** CR-10-54   JSW            **Judge:** Jeffrey S. White

**United States of America   v.   Ginger Lura Tina Daniels**
                          Defendant
                          Present ( X ) Not Present ( ) In-Custody ( )

| | |
|---|---|
| Tracie Brown / Robin Harris | Joshua Cohen / Mario Moya |
| U.S. Attorney | Defense Counsel |

**Deputy Clerk:** Jennifer Ottolini            **Court Reporter:** Kathy Wyatt

**PROCEEDINGS**

**REASON FOR HEARING:** JURY TRIAL

**RESULT OF HEARING:**   (see attached trial log)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No.  CR-10-54   JSW
United States of America   v.  Ginger Lura Tina Daniels

### TRIAL SHEET, EXHIBIT and WITNESS LIST

| DISTRICT JUDGE: | GOVERNMENT ATTORNEYS: | DEFENSE ATTORNEY: |
|---|---|---|
| JEFFREY S. WHITE | Tracie Brown / Robin Harris | Joshua Cohen / Mario Moya |
| **TRIAL DATE:** May 3, 2011 | **REPORTER(S):** Kathy Wyatt | **CLERK:** Jennifer Ottolini |

| GOVT NO.: | DEF NO.: | TIME | ID | ADM | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:02 a.m. | | | Court convened. All counsel are present. The defendant is present. The jury is not present. Court and counsel discuss matters outside the presence of the jury. |
| | | 8:10 a.m. | | | The jury is present. Juror no. 10 submitted a note to the Court. Sidebar conference held. |
| | | 8:12 a.m. | | | Sidebar conference concluded. The Court preliminarily instructs the jury. |
| | | 8:29 a.m. | | | Defense counsel moved to have all witnesses excluded. Motion granted - all witnesses are ordered excluded. |
| | | 8:30 a.m. | | | Opening statement on behalf of the Government, by Tracie Brown. |
| | | 8:48 a.m. | | | Opening statement on behalf of the Defendant, by Mario Moya. |
| | | 8:59 a.m. | | | The Government called **TAMMIE BOHANNAN**, who was sworn and testified under direct examination by Robin Harris. |
| 41 | | | X | X | loan application for Miguel Rodriguez |
| 42 | | | X | X | W-2's and pay stub for M. Rodriguez from lender file |
| 44A | | | X | X | CLUES Loan Analysis Report dated 9-16-08 |
| 44 | | | X | X | CLUES Loan Analysis Report dated 10-6-08 |
| 44C | | | X | X | Handwritten analysis re: loan data |
| | | 9:46 a.m. | | | Court recessed for 15 minutes. The jury is admonished. |
| | | 10:05 a.m. | | | Court reconvened. All counsel and defendant are present. The jury is present. Direct examination of Tammie Bohannan continued. |
| 44D | | | X | X | Verbal verification of employment |
| 44F | | | X | | Bank statement dated 6-26-08 |

2

**Case No. CR-10-54 JSW**
**United States of America v. Ginger Daniels**

## EXHIBIT and WITNESS LIST
Continued

| GOVT. NO.: | DEF NO.: | TIME | ID | ADM | DESCRIPTION |
|---|---|---|---|---|---|
| 44G | | | X | X | 9-30-08 letter pf explanation re address on bank statement |
| 45 | | | X | X | Final funding figures showing payment to Infinity Funding Group |
| 47 | | | X | X | Deed of Trust for Miguel Rodriguez purchase |
| | | 10:25 a.m. | | | Cross examination of Tammie Bohannan, by Mario Moya. |
| | 48 | | X | X | Full loan file for M. Rodriguez |
| | | 11:16 a.m. | | | Re-direct examination of Tammie Bohannan by Ms. Harris |
| | | 11:24 a.m. | | | Witness is thanked and excused. The government called **LOURDES ZEESTRATEN**, who was sworn and testified under direct examination by Robin Harris. |
| 5 | | | X | X | WMC approval/underwriting requirements |
| 6 | | | X | X | Loan application for Dorothy Mae Marshall |
| 7 | | | X | X | W-2's and pay stub for Dorothy Mae Marshall from lender file |
| | | 11:44 a.m. | | | The jurors are admonished and court is in recess. |
| | | 12:01 p.m. | | | Court reconvened. All counsel and parties are present. The jury is not present. Court and counsel discuss the scheduling of witness, Dorothy Mae Marshall. |
| | | 12:03 p.m. | | | The jury is present. Direct examination of Lourdes Zeestraten continued. |
| 8 | | | X | X | Audit Form |
| 9 | | | X | X | Final settlement statement |
| | | 12:12 p.m. | | | Cross examination of Lourdes Zeestraten by Josh Cohen |
| | 50 | | X | X | Full loan file for Dorothy Mae Marshall |
| | | 1:30 p.m. | | | The jurors are admonished and court is recessed for the day. Court will reconvene at 8:00 a.m. on Wednesday, May 4, 2011. |